MAR 09 1999

1  JAMES P. CONNELLY
   United States Attorney
2  PAMELA J. DERUSHA
   Assistant United States Attorney
3  Post Office Box 1494
   Spokane, WA 99210-1494
4  Telephone: (509) 353-2767

5           UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF WASHINGTON
6

7  TERESA E. MEEKS, et ux.,

8           Plaintiffs,                NO. CS-98-0117-FVS

9  vs.                                 STIPULATION AND ORDER
                                       OF DISMISSAL
10 UNITED STATES OF AMERICA,

11          Defendant.

12
       IT IS HEREBY STIPULATED that all claims against the United
13
   States in the above-entitled action may be dismissed with
14
   prejudice and without costs.
15
       DATED this  3rd  day of  May  , 1999.
16
                                       JAMES P. CONNELLY
17 McADAMS PONTI & WERNETTE P.S.       United States Attorney

18

19 _____     _____
   RONALD K. McADAMS                   PAMELA J. DERUSHA
20 Attorneys for Plaintiffs            Assistant U. S. Attorney
                                       Attorneys for United States
21                                     of America

22                       O R D E R

23     IT IS SO ORDERED this _____ day of _____, 1999.
24

25
                                    _____
26                                  UNITED STATES DISTRICT JUDGE

RECEIVED
MAY 03 1999
STIPULATION FOR DISMISSAL
CLERK, U.S. DISTRICT COURT
SPOKANE, WASHINGTON