MAR 0 9 1999

```
 1 | JAMES P. CONNELLY                              FILED IN THE
   | United States Attorney                        U.S. DISTRICT COURT
 2 | PAMELA J. DERUSHA                          EASTERN DISTRICT OF WASHINGTON
   | Assistant United States Attorney
 3 | Post Office Box 1494                           MAY 0 4 1999
   | Spokane, WA 99210-1494
 4 | Telephone:  (509) 353-2767                  JAMES R. LARSEN, CLERK
                                                              DEPUTY
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERESA E. MEEKS, et ux., | |
| Plaintiffs, | NO. CS-98-0117-FVS |
| vs. | STIPULATION AND ORDER OF DISMISSAL |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

IT IS HEREBY STIPULATED that all claims against the United States in the above-entitled action may be dismissed with prejudice and without costs.

DATED this 3rd day of May, 1999.

```
McADAMS PONTI & WERNETTE P.S.        JAMES P. CONNELLY
                                     United States Attorney

/s/ Ronald K. McAdams                /s/ Pamela J. Derusha
RONALD K. McADAMS                    PAMELA J. DERUSHA
Attorneys for Plaintiffs             Assistant U. S. Attorney
                                     Attorneys for United States
                                     of America
```

ORDER

IT IS SO ORDERED this 3rd day of May, 1999.

/s/ Fred Van Sickle
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL

RECEIVED
MAY 0 3 1999
CLERK, U.S. DISTRICT COURT
SPOKANE, WASHINGTON